THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDDIE BRILEY**                                                                                                   **PLAINTIFF**

v.                                              Case No. 5:19-cv-00107-KGB

**DARRYL A. GOLDEN, WENDY KELLEY,**
**and KEITH WADDLE**                                                                               **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray on November 25, 2019 (Dkt. No. 5). Judge Ray recommends that plaintiff Eddie Briley's claims be dismissed without prejudice for failure to state a claim on which relief may be granted. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Ray's recommendations.

Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 5). The Court dismisses Mr. Briley's complaint without prejudice. Dismissal of this action constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g). Finally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from the Order and Judgment dismissing this action would not be taken in good faith.

It is so ordered this 29th day of January, 2020.

_____
Kristine G. Baker
United States District Judge