THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDDIE BRILEY**                                                                           **PLAINTIFF**

**v.**                              **Case No. 5:19-cv-00107-KGB**

**DARRYL A. GOLDEN, WENDY KELLEY,**
**and KEITH WADDLE**                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Eddie Briley's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 29th day of January, 2020.

_____
Kristine G. Baker
United States District Judge